**No. 44704.**—Protests 949797–G, etc., of Alpha Importing Co. et al. (San Francisco).

Opinion by EVANS, J. It was stipulated that the merchandise in question is similar to that passed upon in *Burke* v. *United States* (3 Cust. Ct. 276, C. D. 253). The claim at $2.50 per gallon under paragraph 802 and T. D. 48316 was therefore sustained.

**No. 44705.**—Protests 6054–K, etc., of Sigmond Rothschild Co. et al. (Galveston).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 44706.**—Protest 6092–K of Premier Peat Moss Corp. (Norfolk).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 44707.**—Protest 13919–K/88875 of Premier Peat Moss Corp. (Chicago).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 44708.**—Protests 14634–K, etc., of F. H. Von Damm et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 44709.**—Protests 17159–K, etc., of Premier Peat Moss Corp. (Boston).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.

**No. 44710.**—Protests 18608–K, etc., of Premier Peat Moss Corp. (Cleveland).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the claim for free entry under paragraph 1685 was sustained.